IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No: 4:18CR260 |
| PATRICK KENNALLY, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Troy W. Marsh., Jr., counsel for Defendant, for the dates of July 17, 2019 through July 28, 2019; August 9, 2019 through August 16, 2019; September 2, 2109 through September 6, 2019; November 25, 2019 through November 29, 2019; December 23, 2019 through December 27, 2019. (Doc. 843.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this ____ day of June, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA