**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> PATRICK KENNALLY, <br><br> Defendant. | CASE NO.: 4:18-cr-260 |

### O R D E R

Before the Court is the Defendant's Motion for Leave to File Sentencing Memorandum and Its Exhibits Under Seal. (Doc. 1072.) After careful consideration and for good cause shown, the Court **GRANTS** the Defendant's Motion. Accordingly, the Court DIRECTS the Clerk of Court to FILE UNDER SEAL the Defendant's Sentencing Memorandum, including any exhibits, all of which shall remain under seal until further Order of the Court.

**SO ORDERED**, this 30th day of July, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA